UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-21585-BLOOM/Torres

RICHARD PATT,

    Plaintiff,

v.

VOLKSWAGEN GROUP OF AMERICA,
INC. d/b/a Audi of America, Inc.,
*a Foreign corporation,*

    Defendant.

_____/

## OMNIBUS ORDER STRIKING PLAINTIFF'S *DAUBERT* MOTIONS

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On March 1st, 2024, Plaintiff filed several motions to strike testimony from Defendant's proposed expert witnesses. *See* ECF Nos. [87], [90], [93], [95] – [96]. Plaintiff subsequently filed two *Daubert* motions under seal on March 4, 2024. *See* ECF Nos. [102] – [103]. The Court's Scheduling Order, ECF No. [12], provides that "[e]ach party is limited to filing one *Daubert* motion." *Id.* at 2.

Accordingly, it is **ORDERED AND ADJUDGED** that **ECF Nos. [90], [93], [95] – [96], [102] – [103]** are **STRICKEN** for failing to comply with the Court's Scheduling Order, ECF No. [12].

**DONE AND ORDERED** in Miami, Florida, on March 4, 2024.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Case No. 22-cv-21585-BLOOM/Otazo-Reyes

Counsel of Record